UNITED STATES BANKRUPTCY COURT
Western District of Illinois

IN RE:                                                         CHAPTER 13
PAUL C. MADEJ
DEBBIE S. MADEJ                                                CASE NO. 10-74996

## NOTICE OF FINAL CURE PAYMENT AND COMPLETION OF PLAN PAYMENTS

Pursuant to Federal Bankruptcy Rule 3002.1(f), the Chapter 13 Trustee, Lydia S. Meyer, files Notice that the amount required to cure the default in the below claim has been paid in full and the debtor has completed payments under the Plan.

**Name of creditor:**    Harris NA                 **Court claim #:**

**Last four digits** of any number used to identify the debtor's account: 5677

| *Final Cure Amount* | |
|---|---|
| Amount of Prepetition Arrears | $4658.50 |
| Amount Paid by Trustee | $4658.50 |

| *Monthly ongoing Mortgage Payment* |
|---|
| Mortgage is paid: |
| ☒   Thru the Chapter 13 Plan        ☐   Direct by Debtor(s) |

Within 21 days of the service of this Notice, the creditor **MUST** file and serve a Statement as a supplement to the holders' proof of claim on the debtor, debtor's counsel and the trustee, pursuant to Federal Bankruptcy Rule 3002.1 (g), indicating: 1) whether it agrees that the debtor has paid in full the amount required to cure the default and 2) whether the debtor is otherwise current on all payments consistent with 11 USC ¶1322(b)(5).

Dated:  10/06/2015                    /s/Lydia S. Meyer
                                      Lydia S. Meyer, Trustee
                                      308 W. State St., Suite 212
                                      Rockford, IL  61101

Certificate of Service

   I hereby certify that a copy of this Notice of Final cure Payment and Completion of Plan Payments was served on the parties listed below by ordinary US Mail or served electronically through the Court's ECF System at the email address registered with the Court on this 6th Day of October, 2015.

Dated:  10/06/2015                    /s/Cynthia K. Burnard

HARRIS NA
ATTN:  BANKRUPTCY DEPT.
3800 GOLF ROAD STE. 300
ROLLING MEADOWS, IL 60008

US BANK HOME MORTGAGE
4801 FREDERICA STREET
ST. JOSEPH, KY  42301

PAUL C. MADEJ
DEBBIE S. MADEJ
10548 LANSDALE
HUNTLEY, IL  60142

KUMOR & HIPPLE, PC
303 WEST MAIN STREET
WEST DUNDEE, IL  60118