| Response to Notice of Final Cure Payment |||||||
|---|---|---|---|---|---|---|
| Case#: 10-74996 | | Name: Paul C Madej and Debbie S Madej |||||
| BMO Harris N.A. agrees that the trustee has paid in full the amount required to cure the default on the claim, however, the debtors are not current on the following post petition payments. |||||||
| **POST-PETITION PAYMENTS IN ARREARS** ||||||||
| Payments: | | | | | | |
| | Dates | 6/8/2015 | $449.00 | | | |
| | | 7/8/2015 | $449.00 | | | |
| | | 8/8/2015 | $449.00 | | | |
| | | 9/8/2015 | $449.00 | | | |
| | | 10/8/2015 | $449.00 | | | |
| Total Arrearages | | | $2,245.00 | | | |

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**

IN RE:   RESPONSE TO NOTICE OF FINAL CURE

CASE NO. 10-74996

Debtor:  Paul C Madej and Debbie S Madej

CHAPTER: 13

## CERTIFICATE OF SERVICE

I do hereby certify that I have this October 27, 2015, served a copy of the Response to Notice of Final Cure Payment upon all parties listed by placing the same into the United States mail with adequate pre-paid postage thereon;

**Paul C Madej**
**Debbie S Madej**
**10548 Lansdale**
**Huntley, IL 60142**

**Roxanna Hipple**
**Kumor & Hipple PC**
**303 West Main St.**
**West Dundee, IL 60118**

**Lydia Meyer**
**Lydia Meyer – 13 Trustee**
**P.O. Box 14127**
**Rockford, IL 61105-4127**

BMO Harris Bank, N.A.

By: John Rowinski

/s/
Bankruptcy Specialist

BMO Harris Bank N.A.
PO Box 2035
Milwaukee, WI 53201-2035