| Amended Response to Notice of Final Cure Payment | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| Case#: 10-74996 | | | Name: Paul C Madje and Debbie S Madje | | | | |
| | | | | | | | |
| BMO Harris N.A. agrees that the trustee has paid in full the amount required to cure the default on the claim, however, the debtors are not current on the following post petition payments. | | | | | | | |
| | | | | | | | |
| | **POST-PETITION PAYMENTS IN ARREARS** | | | | | | |
| | Payments: | | | | | | |
| | | Dates | 10/8/2015 | $499.26 | | | |
| | | | | | | | |
| | Total Arrearages | | | $499.26 | | | |

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

IN RE:    RESPONSE TO NOTICE OF FINAL CURE

CASE NO. 10-74996

Debtor:  Paul C Madej and Debbie S Madej

CHAPTER: 13

## CERTIFICATE OF SERVICE

I do hereby certify that I have this October 29, 2015 served a copy of the Response to Notice of Final Cure Payment upon all parties listed by placing the same into the United States mail with adequate pre-paid postage thereon;

**Paul C Madej
Debbie S Madej
10548 Lansdale St
Huntley, IL 60142**

**Roxanna Hipple
Kumor & Hipple PC
303 West Main St.
West Dundee, IL 60118**

**Lydia Meyer
Lydia Meyer – 13 Trustee
P.O. Box 14127
Rockford, IL 61105-4127**

BMO Harris Bank, N.A.

John Rowinski
By: /s/
Bankruptcy Specialist

PO Box 2035
Milwaukee, WI 53201-2035
866-280-8434 option 2